**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**THOMAS PEPE,**

     **Plaintiff,**

**v.**                                      **Case No.  3:25-cv-725-TKW-ZCB**

**GARY HARRELL, et al.,**

     **Defendants.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 7) and Plaintiff's objection (Doc. 12). The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed for lack of subject-matter jurisdiction.

The Court did not overlook the amended complaint (Doc. 8) and other documents—motion for preliminary injunction (Doc. 9), motion to proceed in forma pauperis (IFP) (Doc. 10), and motion to refer for criminal prosecution (Doc. 11)— filed by Plaintiff after the R&R was entered. However, those documents do not save this case from dismissal.

The motion to proceed IFP is superfluous because Plaintiff was previously granted leave to proceed IFP, *see* Doc. 5, and the other documents do not adequately address the jurisdictional issue raised in the order to show cause.  The Court did not overlook that the prayer for relief in the amended complaint seeks compensatory damages "in excess of $750,000" and punitive damages "of at least $1 million," but the substantive allegations in the amended complaint show that this case is about an $8,000 book advance and do not provide a good-faith basis to believe that the amount in controversy is much more than that—much less $1.75 million.

Accordingly, it is **ORDERED** that:

1.      The magistrate judge's R&R is adopted and incorporated by reference in this Order.

2.      This case is **DISMISSED without prejudice** for lack of subject-matter jurisdiction.

3.      The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 14th day of July, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**